JMK:GKS
F.#2015R01431

**CR 15    453**

FILED
CLERK

2015 SEP -8 PM 3: 21

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHELLE STEWART,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. _____

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C),
952(a), 960(a)(1) and 960(b)(3); T. 18,
U.S.C., §§ 1546(a), 2 and 3551 et seq.)

IRIZARRY, J.

POHORELSKY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Importation of Cocaine)

On or about August 13, 2015, within the Eastern District of New York and elsewhere, the defendant MICHELLE STEWART, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3); Title 18, United States Code, Sections 2 and 3551 et seq.)

COUNT TWO
(Possession of Cocaine with Intent to Distribute)

On or about August 13, 2015, within the Eastern District of New York, the defendant MICHELLE STEWART did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

COUNT THREE
(Visa Fraud)

On or about August 13, 2015, within the Eastern District of New York and elsewhere, the defendant MICHELLE STEWART did knowingly and intentionally utter, use,

attempt to use and possess a nonimmigrant visa, knowing said document was procured by means of one or more false statements and by fraud and was unlawfully obtained.

(Title 18, United States Code, Sections 1546(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

3

F. #2015R01431

No. _____

## UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MICHELLE STEWART

Defendant.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C), 952(a), 960(a)(1) and 960(b)(3); T. 18, U.S.C., §§ 1546(a), 2 and 3551 et seq)

*A true bill.*

_____Geralyn T Magee_____

Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

Clerk

Bail, $ _____

*G. Karthik Srinivasan, Assistant U.S. Attorney (718) 254-6013*